# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOUVIENG KEOSOUPHA, <br><br> Petitioner, <br><br> v. <br><br> TONYA ANDREWS, et al., <br><br> Respondents. | Case No. 1:25-cv-01512-KES-SAB-HC <br><br> ORDER APPROVING WITHDRAWAL OF COUNSEL <br><br> (ECF No. 11) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Julia Rabinovich seeks to withdraw as counsel for Petitioner in the above-captioned litigation pursuant to Civil Local Rule 182. Petitioner will continue to be represented by Kelsey Morales with the Alameda County Public Defender's Office.

IT IS HEREBY ORDERED that Julia Rabinovich is relieved as counsel for Petitioner in this proceeding. The Clerk of Court is DIRECTED to terminate attorney Julia Rabinovich as counsel of record for Petitioner.

IT IS SO ORDERED.

Dated: __April 8, 2026__

STANLEY A. BOONE
United States Magistrate Judge